United States District Court
Southern District of Texas
**ENTERED**
December 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREDDIE DE LEON, ) | |
| ) | |
| Plaintiff, ) | Civil Docket No. 4:21-cv-02645 |
| ) | |
| v. ) | |
| ) | Assigned to Judge Lee H. Rosenthal |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | Referred to Judge Sam S. Sheldon |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this  7th  day of  December  2021, upon consideration of Plaintiff's Unopposed Motion to Amend Brief Scheduling Order (ECF 8), it is hereby ordered that Plaintiff's Motion is GRANTED. The parties shall comply with the following briefing schedulet:

    1. Plaintiff's Motion for Summary Judgment and Memorandum in Support shall be filed on or before January 7, 2022,

    2. Defendant shall file their Motion for Summary Judgment and Memorandum in Support 30 days thereafter.

    3. Plaintiff shall file any Reply to Defendant's Motion for Summary Judgment and Memorandum in Support 15 days thereafter.

BY THE COURT:

_____
Sam Sheldon
United States Magistrate Judge